```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                        :
JAMES HALL, et al.,                     :  CIVIL ACTION NO. 06-2216 (MLC)
                                        :
     Plaintiffs,                        :  MEMORANDUM OPINION
                                        :
     v.                                 :
                                        :
PFIZER, INC.,                           :
                                        :
     Defendant.                         :
                                        :
```

**THE PLAINTIFFS** bringing this action (1) <u>inter alia</u>, to recover damages for injuries suffered from ingesting a pharmaceutical product known as Celebrex (Compl.), and (2) in state court on April 10, 2006; and the defendant removing the action under 28 U.S.C. § 1332 on May 16, 2006 ("Removed Action") (dkt. entry no. 1); and the Court noting that the plaintiffs have brought a separate action against the defendant in this Court ("Federal Action") (<u>see</u> Civil Action No. 06-1878 (MLC), dkt. entry no. 1, 4-19-06 Compl.); and it appearing that the complaints in both actions assert identical claims; and thus the Court intending to dismiss the complaint in the Removed Action as being duplicative; but the Court advising the parties that this dismissal shall not be construed as being a determination on the merits of the claims in the Federal Action; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                             s/ Mary L. Cooper
                                          **MARY L. COOPER**
                                          United States District Judge